UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Dalip Kumar

                               Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

21 MAG 5392

Defendant __Dalip Kumar__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or ___ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

*s/ Dalip Kumar by the Court with permission*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Dalip Kumar**
Print Defendant's Name

Defendant's Counsel's Signature

**Daniel P. Mach**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/25/2021
Date

U.S. District Judge/U.S. Magistrate Judge